N. DAIN's SONS COMPANY, Respondent, v. REUBIN SELDIN, Appellant; ROBERT WALZ, Respondent, and Others, Defendants.— In an action to foreclose a

mechanic's lien, judgment in favor of the plaintiff against the defendant owner in the sum of $696.70, and in favor of the defendant contractor against the defendant owner in the sum of $267.27, unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.